IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TAMARA R. CHANDLER, Individually and on Behalf of All Others Similarly Situated,** ) ) ) **Plaintiff,** ) ) vs. ) ) **AT&T WIRELESS SERVICES, INC.,** ) ) **Defendant.** ) | **CIVIL NO. 04-180-GPM** |

# ORDER

**MURPHY, Chief District Judge:**

On February 16, 2005, this Court referred this matter to arbitration and stayed these proceedings pending the outcome of such arbitration (Doc. 57). To date, Plaintiff has not pursued arbitration (*see* Doc. 60). Accordingly, this action is **DISMISSED without prejudice** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *See Fischer v. Cingular Wireless, L.L.C.*, 446 F.3d 663, 665 (7th Cir. 2006) (leaving the decision whether to warn litigants before dismissing a case to district courts to ensure that dilatory tactics are sanctioned appropriately and to avoid burdening the district courts in their efforts to manage their dockets).

**IT IS SO ORDERED.**

DATED: 08/24/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge